UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMES HIGHTOWER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 25-114-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| DENISE BURKETT, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is pending for consideration of the Report and Recommendation ("R&R") filed by United States Magistrate Judge Matthew A. Stinnett on November 7, 2025. [Record No. 50] Neither the plaintiff nor any defendant have filed timely objections to the R&R. Therefore, the Court considers any potential objections to be waived as the parties were advised previously. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S.Ct. 466, 468 (1985). Accordingly, it is hereby

**ORDERED** as follows:

1. The R&R [Record No. 50] is **ADOPTED** in full and **INCORPORATED** here by reference.

2. Plaintiff Hightower's Motion to Amend Complaint [Record No. 41] is **GRANTED** regarding the claims asserted against Defendants Christian and Elders in their official and individual capacities but **DENIED** regarding the claims asserted against Defendants Tracy, Caudill, Napier, Hughes, Slemp, and "Debor". Plaintiff Hightower's

Motion to Amend Complaint is **DENIED** to the extent it seeks to revive previously dismissed individual capacity claims against Defendants Burkett, Patterson and Golff.

3. Defendants Patterson's and Golff's Motion to Dismiss [Record No. 46] is **DENIED**, without prejudice, as moot.

4. Plaintiff Hightower's Motion for Extension of Time [Record No. 54] is **GRANTED** to the extent he seeks to file a Second Amended Complaint consistent with this Court's earlier Memorandum Opinion and Order [Record No. 7] and the R&R of United States Magistrate Judge Stinnett [Record No. 50] but **DENIED** to the extent he seeks to file a Second Amended Complaint that is inconsistent with the referenced opinions of the undersigned or the United States Magistrate Judge.

5. Plaintiff Hightower will be given until **Wednesday, December 31, 2025**, to file a Second Amended Complaint in the record of this proceeding that is consistent with this Order.

Dated: December 5, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky